# CASE ANNOUNCEMENTS

*December 18, 2009*

[Cite as *12/18/2009 Case Announcements*, 2009-Ohio-6668.]

## MOTION AND PROCEDURAL RULINGS

2009–1986.  State v. Craig.

Summit App. No. 24580, 2009-Ohio-4861. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellee's suggestion of mootness,

It is ordered by the court that appellant shall show cause within fourteen days of the date of this entry why this appeal should not be dismissed as moot.

## RECONSIDERATION OF PRIOR DECISIONS

2009–1784.  State ex rel. Lisboa v. McCafferty.

Cuyahoga App. No. 93051, 2009-Ohio-4377. Reported at 123 Ohio St.3d 1514, 2009-Ohio-6351, 917 N.E.2d 815. On motion for reconsideration. Motion denied.